THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE EDWARDS, Appellant, *v.* ABRAHAM TAPPEN et al., Commissioners of the Park Department of the City of New York, Respondents.

*People ex rel. Edwards* v. *Tappen,* 15 Misc. Rep. 20, affirmed.
(Argued October 19, 1896; decided December 1, 1896.)

APPEAL from an order of the General Term of the Superior Court of the city of New York, entered December 18, 1895, which dismissed a writ of certiorari sued out by the relator to review the determination of the respondents in discharging him from the police force of the department of public parks of the city of New York.

*Adolphus D. Pape* for appellant.

*Francis M. Scott* and *Terence Furley* for respondents.

Order affirmed, without costs; no opinion.
All concur.